UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Case No.: 0:18-cv-01226 (JRT/LIB)

| | |
|---|---|
| Michelle Kealy f/k/a Michelle Mamula, *on behalf of herself and all other similarly Situated*,<br><br>                    Plaintiff,<br><br>         vs.<br><br>Wings Financial Credit Union, Roquemore Holdings LLC d/b/a Roquemore & Roquemore, John Doe Repossession Companies 1- 10,<br><br>                    Defendant. | **PLAINTIFF'S MOTION FOR ATTORNEYS' FEES, COSTS, AND CLASS REPRESENTATIVE INCENTIVE AWARD** |

**PLEASE TAKE NOTICE** that Plaintiff hereby moves the Court for an award for Attorneys' Fees and Costs and Class Representative's Incentive Award in connection with the above-entitled class action.  Plaintiff's motion will be based on the arguments of counsel, pleadings, files, declarations, exhibits, and memorandum of law submitted herewith in accordance with the Local Rules for the United States District Court for the District of Minnesota.

Dated:  August 9, 2019                    **TARSHISH CODY, PLC**

                                By:    *s/ Adam R. Strauss*
                                       Adam R. Strauss (#0390942)
                                       ars@attorneysinmn.com
                                       6337 Penn Avenue South
                                       Minneapolis, Minnesota 55423
                                       Telephone: (952) 361-5556
                                       Facsimile: (952) 361-5559

Dated:  August 9, 2019    **CONSUMER JUSTICE CENTER, P.A.**
Thomas J. Lyons, Jr. (#0249646)
tommy@consumerjusticecenter.com
367 Commerce Court
Vadnais Heights, Minnesota 55127
Telephone: (651) 770-9707
Facsimile: (651) 704-0907

**ATTORNEYS FOR PLAINTIFF**