**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
Case No.: 0:18-cv-01226 (JRT/LIB)

| | |
|---|---|
| Michelle Kealy *f/k/a* Michelle Mamula, *on behalf of herself and all other similarly situated*<br><br>Plaintiffs,<br><br>vs.<br><br>Wings Financial Credit Union, Roquemore Holdings LLC *d/b/a* Roquemore & Roquemore, John Doe Repossession Companies 1- 10.,<br><br>Defendants. | **PLAINTIFF'S MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT** |

**PLEASE TAKE NOTICE** that Plaintiff as representative of the settlement class, by and through her attorneys, hereby moves the Court for an order granting final approval of the class action settlement, and entry of a final judgment, in accordance with the terms set forth more in the Settlement Agreement and Release. (ECF No. 23-1). Plaintiff's motion will be based on the arguments of counsel, pleadings, files, declarations, exhibits, and memorandum of law submitted herewith in accordance with the Local Rules for the United States District Court for the District of Minnesota.

Dated: September 30, 2019

        **TARSHISH CODY, PLC**

By: *s/ Adam R. Strauss*
     Adam R. Strauss (#0390942)
     ars@attorneysinmn.com
     6337 Penn Avenue South
     Minneapolis, Minnesota 55423
     Telephone: (952) 361-5556

              Facsimile: (952) 361-5559

Dated:  September 30, 2019     **CONSUMER JUSTICE CENTER, P.A.**

              Thomas J. Lyons, Jr. (#0249646)
              tommy@consumerjusticecenter.com
              367 Commerce Court
              Vadnais Heights, Minnesota 55127
              Telephone: (651) 770-9707
              Facsimile: (651) 704-0907

              **ATTORNEYS FOR PLAINTIFF**